**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:09CV380-RLV-DSC**

| | |
|---|---|
| LINLY E.P. ANTOINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| THE STATE OF NEW JERSEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the Defendant's "Motion for Pro Hac Vice

Admission [of Matthew Sapienza]" (document #8) filed February 2, 2010. For the reasons set forth

therein, the Motion will be <u>granted</u>. Pursuant to Local Civil Rule 83.1(C), because Mr. Sapienza

represents a government entity, the customary admission fee is waived..

The Clerk is directed to send copies of this Order to the <u>pro se</u> Plaintiff and defense counsel;

<u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: February 3, 2010

David S. Cayer
United States Magistrate Judge