# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Linly Antoine ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:09-cv-380

State of New Jersey,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2010 Order.

Signed: November 9, 2010

Frank G. Johns, Clerk
United States District Court